## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Anthony Drummond,**
            **Petitioner**

    v.

**Brian Gillin,**
            **Respondent**

**CIVIL ACTION**

**NO.  10-11171-NMG**

### Order of Dismissal
### September 27, 2010

**Gorton,  D. J.**

In accordance with the Courts allowance of respondents motion to dismiss (docket no. 7),  it is hereby Ordered this case is  Dismissed.

**Approved,**

/s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)           [odism.]